# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2013

147555

RALPH HECT,
      Plaintiff-Appellant,

v

CAPACHE TRANSPORTATION, L.L.C. and
MIDWEST CARRIERS, INC.,
      Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147555
COA: 312461
MCAC: 09-000188

On order of the Court, the application for leave to appeal the July 2, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2013



Clerk

t1120